United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA OLIVER, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00900 |
| | § | |
| WALMART SUPERCENTER, | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On May 7, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 19). Judge Ho filed a *Memorandum and Recommendation* on May 18, 2026, recommending that Plaintiff's Motion to Remand (Dkt. 15) be denied. (Dkt. 21).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Ho's *Memorandum and Recommendation* (Dkt. 21) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)    Plaintiff's request to withdraw (Dkt. 20) is **GRANTED**;

(3)     Plaintiff's motion for leave to amend (Dkt. 7) is **WITHDRAWN**; and

(4)     Plaintiff's Motion to Remand (Dkt. 15) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on June 25, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE